*Morris Silverstein*, pro se, in support of the petition.

Decided January 9, 2008

## IN RE TROYRIAN C.

The petition by the committed child for certification for appeal from the Appellate Court (AC 29054) is denied.

*James J. Connolly*, supervisory assistant public defender, in support of the petition.

*Colleen Broderick,* assistant attorney general, in opposition.

Decided January 9, 2008